UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RENE G. HARRIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AARON FORD,<br><br>　　　　Defendant. | Case No. 2:24-cv-01342-RFB-EJY<br><br>**ORDER** |

On July 23, 2024, the Court received mail sent to Plaintiff's address on record stating Plaintiff is incarcerated at SDCC. ECF No. 3. The Nevada Department of Corrections inmate database also shows Plaintiff is incarcerated in the Southern Desert Correction Center.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court **must** update the docket to reflect Plaintiff's current address of: **Southern Desert Correctional Center, P.O. Box 208, Indian Springs, NV 89070**.

IT IS FURTHER ORDERED that the Clerk of Court **must** send Plaintiff copies of his Application for Leave to Proceed *in forma pauperis* (ECF No. 1) and the Court's Advisory Letter (ECF No. 2) to his Southern Desert Correctional Center address.

DATED this 24th day of July, 2024.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE