**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| RENE G. HARRIS, | Case No. 2:24-cv-01342-RFB-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| AARON FORD, | |
| Defendant. | |

Before the Court for consideration is the Report and Recommendation (ECF No. 8) of the Honorable Elayna J. Youchah, United States Magistrate Judge, entered on February 3, 2026. A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by February 16, 2026. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendation in the Report and Recommendation.

///

///

**IT IS THEREFORE ORDERED** the Report and Recommendation (ECF No. 8) is **ACCEPTED** and **ADOPTED** in full.

**IT IS FURTHER ORDERED** this action is **DIMISSED without prejudice** in its entirety.

The Clerk of Court is kindly instructed to enter judgment and close this case accordingly.


**DATED:** June 15, 2026.

_____

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**